Clark Legal Service, LLC
10 Huron Ave, Suite 1N
Jersey City, NJ 07306
(202) 368-5435 (fax) (201) 336-9105  www.pclarklegal.com

June 27, 2024

**VIA ECF Filing**
The Hon. Cathy L. Waldor, U.S.M.J.

**Re: Gibson v. Jersey City
Docket No.: 2:23-cv-11022-MEF-CLW**

Your Honor:

I represent Plaintiff in this matter.

I write to ask the Court to postpone the conference scheduled for 7/2/24 until August 2024.

Briefly, (as I had stated in my letter of April 30, 2024) the parties have reached a settlement in this case.  Due to complications beyond the control of either party we have thus far been unable to finalize the settlement.  However, I anticipate dismissing the case in the next few weeks, as soon as the settlement is finalized.

Respectfully submitted,
/s Paul A. Clark

CC: via ecf
Philip S. Adelman, Esq.